**No. 46947.**—Protest 34266–K/89429 of Amedeo G. Paternostro (Chicago).

Opinion by CLINE, J. When the case was called for trial it was stipulated between counsel that the merchandise is of the same character as that the subject of *Paternostro* v. *United States* (6 Cust. Ct. 291, C. D. 486) and that record was incorporated herein. On the record as thus made the claim at 15 percent under paragraph 1547 (a) and T. D. 49753 was sustained.